Miriam Astrid Ayala, Law Office of Ayala & Acosta, P.L.L.C., McAllen, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

Juan Nicolas Amado–Reyes (Amado), who pleaded guilty to harboring aliens within the United States for private financial gain, argues that the district court erred by imposing a four-level increase pursuant to U.S.S.G. § 2L1.1(b)(5)(B) for brandishing a firearm. Because Amado preserved this argument in the district court, we review the district court's factual finding for clear error.[1] "There is no clear error if the district court's finding is plausible in light of the record as a whole."[2]

Section 2L1.1(b)(5)(B) applies if a dangerous weapon was "brandished or otherwise used."[3] A dangerous weapon is "brandished" if "all or part of the weapon was displayed, or the presence of the weapon was otherwise made known to another person, in order to intimidate that person, regardless of whether the weapon was directly visible to that person."[4]

The district court was free to adopt as fact a witness statement contained in the presentence report that, on one unspecified occasion, Amado made verbal threats while a gun was visible on his waist.[5] Amado's denial of such conduct does not constitute competent rebuttal evidence.[6] Nor do the facts cited by Amado rebut the evidence relied upon by the district court; the two other witnesses cited by Amado did not deny that he brandished a firearm, and the failure of law enforcement officers to find a firearm at the time of Amado's arrest does not establish that Amado did not brandish a firearm on a prior occasion.[7] Amado fails to show clear error.[8] We therefore AFFIRM.

**Ruth E. ZUFELT, Plaintiff–Appellant**

v.

**HUNTINGTON INGALLS, INCORPORATED, Defendant–Appellee.**

No. 14–60240

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 29, 2015.

Kaye Johnson Persons, Esq., Kaye J. Persons, P.L.L.C., Biloxi, MS, for Plaintiff–Appellant.

Brooks Eason, Michael Vincent Bernier, Baker, Donelson, Bearman, Caldwell &

---

Berkowitz, P.C., Jackson, MS, for Defendant–Appellee.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The court has considered this appeal in light of the briefs, district court opinion, and pertinent portions of the record. We find no reversible error of law or fact and affirm for essentially the reasons stated by the trial court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.